MEMORANDUM OPINION




No. 04-03-00928-CV



TEXAS DEPARTMENT OF PUBLIC SAFETY,


Appellant



v.



Janice Annette JENSEN,


Appellee



From the 198th Judicial District Court, Kimble County, Texas


Trial Court No. 03-2785


Honorable Emil Karl Prohl, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine M. Stone, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: April 14, 2004


DISMISSED

 Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of
service to appellee, who does not oppose the motion. Therefore, we grant the motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(1).

 PER CURIAM